

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| PHILLIP FRIAS, | § | No. 08-13-00325-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D03266) |
| | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 2, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Robin Norris, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 2, 2017.

IT IS SO ORDERED this 12th day of June, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.